[No. 37109-0-II.   Division Two.   September 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM ROBERT DELAVERGNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-06142-1, Frederick W. Fleming, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37262-2-II.   Division Two.   September 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RYAN BOGGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00212-1, Lisa R. Worswick, J., entered January 11, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 24691-4-III.   Division Three.   September 25, 2008.]

*In the Matter of the Detention of* PETER SAVALA.

THE STATE OF WASHINGTON, *Respondent*, v. PETER SAVALA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-02371-5, Michael E. Schwab, J., entered October 10, 2005. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ. Now published at 147 Wn. App. 798.

[No. 26322-3-III.   Division Three.   September 25, 2008.]

*In the Matter of the Personal Restraint of* STEVEN SALMON, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.